■

Robert X. TAYLOR, a/k/a James Smith AY–6068 Sci–Fayette, 50 Overlook Drive, Labella, PA 15450, Petitioner

v.

Honorable Sheldon C. JELIN, Judge of Court of Common Pleas, Philadelphia County, Room 143H, City Hall, Philadelphia PA 19107, Respondent.

No. 186 EM 2009.

Supreme Court of Pennsylvania.

April 20, 2010.

## ORDER

PER CURIAM.

AND NOW, this 20th day of April, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

■

Mohamad ELBARI

v.

BEECH, L.L.C., Beech Interplex, Inc. and Michael Garvin.

Petition of Mohamad Elbari.

No. 185 EM 2009.

Supreme Court of Pennsylvania.

April 20, 2010.

## ORDER

PER CURIAM.

AND NOW, this 20th day of April, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

. ■

COMMONWEALTH of Pennsylvania, Respondent

v.

William Eugene CARSON, Petitioner.

Supreme Court of Pennsylvania.

April 26, 2010.

## ORDER

PER CURIAM.

AND NOW, this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag*, 603 Pa. 46, 981 A.2d 902 (2009).

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Howard W. CALLOWAY, Petitioner.

Supreme Court of Pennsylvania.

April 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag*, 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dennis B. KUHN Jr., Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag*, 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Allen MITZEL, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag*, 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.